Graham B. LippSmith (SBN 221984)
*g@lippsmith.com*
MaryBeth LippSmith (SBN 223573)
*mb@lippsmith.com*
Jaclyn L. Anderson (SBN 258609)
*jla@lippsmith.com*
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820
Fax: (213) 513-2495

*Attorneys for* Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ADLER AND GAVIN MCDONOUGH on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC.,<br><br>Defendant. | Civil Case No.:  2:21-cv-02416<br><br>**CLASS ACTION COMPLAINT**<br><br>**(1)   VIOLATIONS OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)**<br>**(2)   VIOLATIONS OF THE TCPA, 47 U.S.C. § 227(c)**<br><br>**DEMAND FOR JURY TRIAL** |

1