UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-02416-SB-JPR | Date: | 7/7/2021 |
|---|---|---|---|

Title: *Shawn Adler et al v. Community.com, Inc.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Appearing      None Appearing

**Proceedings:**    [In Chambers] ORDER GRANTING REQUEST FOR LEAVE TO APPEAR REMOTELY (DKT. NO. 26)

Counsel Jeremy M. Glapion's request to appear remotely at the July 30, 2021 hearing is **GRANTED**. Counsel should refer to the Court's website for additional information concerning remote appearances.

**IT IS SO ORDERED**.