Graham B. LippSmith (SBN 221984)
g@lippsmith.com
MaryBeth LippSmith (SBN 223573)
mb@lippsmith.com
Jaclyn L. Anderson (SBN 258609)
jla@lippsmith.com
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
Tel: (213) 344-1820
Fax: (213) 513-2495

Brad Sohn (Admitted *Pro Hac Vice*)
Brad@BradSohnLaw.com
The Brad Sohn Law Firm, PLLC
1600 Ponce DeLeon Boulevard, Suite 1205
Coral Gables, FL 33134
Tel: (786) 708-9750
Fax: (305) 397-0650

Jeremy M. Glapion (Admitted *Pro Hac Vice*)
jmg@glapionlaw.com
Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, NJ 07719
Tel: (732) 455-9737
Fax: (732) 965-8006

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ADLER AND GAVIN MCDONOUGH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COMMUNITY.COM, INC.<br><br>Defendant. | Civil Case No.: 2:21-cv-02416-SB-JPR<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:   Stanley Blumenfeld, Jr.<br>Complaint filed: March 18, 2021 |

### STIPULATED DISMISSAL OF ACTION WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims made by Plaintiffs Shawn Adler and Gavin McDonough against Defendant Community.com, Inc. and Plaintiffs' First Amended Complaint shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  October 22, 2021  **LIPPSMITH LLP**

By: /s/ *Graham B. LippSmith*
GRAHAM B. LIPPSMITH
MARYBETH LIPPSMITH
JACLYN L. ANDERSON

**THE BRAD SOHN LAW FIRM, PLLC**
BRAD SOHN

**GLAPION LAW FIRM, LLC**
JEREMY M. GLAPION

*Attorneys for Plaintiffs*


**MORRISON & FOERSTER LLP**

By: /s/ *Tiffany Cheung*
TIFFANY CHEUNG
MICHAEL BURSHTEYN
NANCY R. THOMAS
MIA AKERS

*Attorneys for Defendant*
COMMUNITY.COM

1
**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I electronically filed **STIPULATED DISMISSAL WITH PREJUDICE** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system to receive service.

*/s/ Graham B. LippSmith*
Graham B. LippSmith