Case 2:21-cv-02416-SB-JPR   Document 42   Filed 10/25/21   Page 1 of 2   Page ID #:336

FILED
CLERK, U.S. DISTRICT COURT
October 25, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ADLER and GAVIN MCDONOUGH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COMMUNITY.COM, INC.<br><br>　　　　　Defendant. | Case No. 2:21-cv-02416-SB-JPR<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

///
///
///
///
///
///
///
///
///

The Court hereby orders that the joint stipulation of Plaintiffs Shawn Adler and Gavin McDonough and Defendant Community.com, Inc. is **granted**.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' First Amended Complaint filed in the above-captioned civil action is **dismissed with prejudice.**  Each party shall bear its own fees and costs.

JS-6.

**IT IS SO ORDERED.**

DATED:  October 25, 2021



_____
The Honorable Stanley Blumenfeld, Jr.
United States District Judge